■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEON HART, Appellant. [887 NYS2d 913]—Appeal from a judgment

of the Erie County Court (Michael L. D'Amico, J.), rendered May 23, 2008. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Hurlbutt, Green, Pine and Gorski, JJ.